BOBBY EUGENE CLARK,JR.
APPELLANT,

RECEIVED IN
The Court of Appeals
Sixth District

OCT 13 2015

Texarkana, Texas
Debra Autrey, Clerk

V.

THE STATE OF TEXAS
APPELLEE,

§ App. No. 06-15-00061-CR

FILED IN
The Court of Appeals
Sixth District

§ IN THE COURT OF APPEALS  Sixth District

§ FOR THE SISTH DISTRICT  OCT 1 3 2015

§ TEXARKANA,TEXAS

Texarkana, Texas
Debra K. Autrey, Clerk

§ ON APPEAL FROM CAUSE NO.42863-B
§ GREGG COUNTY,TEXAS

HONORABLE ALFONSO CHARLES,
PRESIDING JUDGE

---

## FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
## A RESPONSE TO ADNERS BRIEF

---

NOW COMES, BOBBY EUGENE CLARK,JR.,APPELLANT,proceeding pro se and informapauperis,in the above style and number cause to present his First Motion for Extension of Time inwhich to file a Response to Anders Brief. Appellant request that the extension be for (90) days. Appellants request for extension of time is not for purposes of delay,but,that he may fairly have enough time to properly prepare his response.

On August 19,2015 appointed appeal attorney,Jonathan Wharton, filed appellants Anders Brief,with this Court. On September 15, 2015 the Court Granted appellants pro se motion to access to a appellate record and requested counsel to foward a copy of the record to appellant. On Septmber the 17th appellant received the appellate record,by Rule appellant has (30) days to file a response

SCANNED

---

MOTION FOR EXTENSION OF TIME          pg. 1

the response is due on October 17,2015,however being that falls on a saturday,the date for filling would be moved to October 19, 2015.In support of this motion appellant shows the following:

A). On September 10,2015 the Michaels Unit was placed on a scheduled lockdown and did not come up untile September 25,2015.

B). The Unit had absolutely no movement;therefore,the appellant has been unable to go to the law library to do his research.

C). Appellant is trying to gain counsel,through his family,to represent hin in this matter.

This is appellants First request for an extension of time in this case.Appellant assures the Court that this request is not designed to harass,nor unnecessarily delay the proceeding,but, to ensure that appellant has sufficient time to 1) gain counsel or 2) fully respond to the Ander Brief. Appellant Respectfully Moves This Court for an extension of (90) days to file a response.

## PRAYER

Appellant,prays that in all things,this Motion be Granted.

## UNSWORN DECLARATION OF INMATE

I,BOBBY EUGENE CLARK,JR.,TDCJ # 1997376,Currently incarcerated in the Texas Department of Criminal Justice at the Michael Unit in Tennessee Colony Texas,do solemnly swear under the penalties of perjury that the foregoing Motion is true and correct to the best of my knowledge. I further state the enclosed information is true and correct.

**EXECUTED ON OCTOBER 9th 2015.**

Bobby Eugene Clark,Jr.1997376
Michael Unit
2664 FM 2054
Tennessee Colony,Tx. 75886

**APPELLANT pro se**

MOTION FOR EXTENSION OF TIME   page 2